**FILED**

September 4, 2019

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA    a~

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY CHARLES WILSON,

Defendant.

Case No.  2:19-mj-00147-KJN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIMOTHY CHARLES WILSON

Case No.  2:19-mj-00147-KJN  Charges  21 USC § 841(a)(1)  from custody for the

following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

          50,000.00 Co-signed

X      Unsecured Appearance Bond $    by wife, Ellen

                                      McDonald
_____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

X      (Other): Pretrial Supervision conditions as stated on

_____   the record in open court.

Issued at Sacramento, California on September 4, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman