McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00159-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TIMOTHY CHARLES WILSON, FILEMON PADILLA-MARTINEZ, OSCAR FRANCISCO-DIEGO, and FRANCISCO GOMEZ-SANCHEZ, | DATE: October 24, 2019<br>TIME: 10 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 24, 2019.

2. By this stipulation, defendants now move to continue the status conference until January 9, 2020, and to exclude time between October 24, 2019, and January 9, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 52 gigabytes including investigative reports and related documents, pictures, videos, and audio recordings in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2019 to January 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 21, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: October 18, 2019
/s/ Shari G. Rusk
SHARI G. RUSK
Counsel for Defendant
Timothy Charles Wilson
(as authorized on October 18, 2019)

Dated: October 18, 2019
/s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Counsel for Defendant
Filemon Padilla-Martinez
(as authorized on October 18, 2019)

Dated: October 21, 2019
/s/ Noa Oren
NOA OREN
Counsel for Defendant
Oscar Francisco-Diego
(as authorized on October 21, 2019)

Dated: October 18, 2019
/s/ Dina L. Santos
DINA L. SANTOS
Counsel for Defendant
Francisco Gomez-Sanchez
(as authorized on October 18, 2019)

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE