McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHARLES WILSON, and<br>FRANCISCO GOMEZ-SANCHEZ,<br><br>Defendants. | CASE NO. 2:19-CR-00159-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 16, 2020<br>TIME:10 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 9, 2020.

2. On December 18, 2019, the Court continued the hearing to April 16, 2020.

3. By this stipulation, defendants now move to exclude time between January 9, 2020, and April 16, 2020, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that additional discovery associated with this case includes forensic evidence pertaining to 15 cellular phones seized in this case. This discovery has been made available for inspection and copying, and is in the process of being produced directly to the respective counsel.

b) Counsel for defendants desire additional time consult to review the voluminous discovery in this case, consult with their clients, discuss potential resolutions with their clients,

1    and otherwise prepare for trial.
2            c)      Counsel for defendants believe that failure to grant the above-requested
3    continuance would deny them the reasonable time necessary for effective preparation, taking into
4    account the exercise of due diligence.
5            d)      The government does not object to the continuance.
6            e)      Based on the above-stated findings, the ends of justice served by continuing the
7    case as requested outweigh the interest of the public and the defendant in a trial within the
8    original date prescribed by the Speedy Trial Act.
9            f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10   et seq., within which trial must commence, the time period of January 9, 2020 to April 16, 2020,
11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
12   because it results from a continuance granted by the Court at defendant's request on the basis of
13   the Court's finding that the ends of justice served by taking such action outweigh the best interest
14   of the public and the defendant in a speedy trial.
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: January 6, 2020

/s/ Shari G. Rusk
SHARI G. RUSK
Counsel for Defendant
(as authorized on January 6, 2020)

Dated: October 18, 2019

/s/ Dina L. Santos
DINA L. SANTOS
Counsel for Defendant
Francisco Gomez-Sanchez
(as authorized on January 6, 2020)

**ORDER**

IT IS SO ORDERED.

DATED: January 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE