**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:     (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
Timothy Wilson**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:19-cr-0159 MCE |
| **Plaintiff,** | |
| v. | **STIPULATION AND ORDER TO MODIFTY CONDITIONS of PRE-RELEASE** |
| **TIMOTHY WILSON** | |
| **Defendant.** | |

The defendant, by and through his undersigned counsel, and the United States, by and through Assistant United States Attorney, Adrian Kinsella, in consultation with pre-trial services officer Beth Wetteland, hereby stipulate and request Mr. Wilson's conditions of pre-trial release be modified as follows:

Condition number 9 ordering drug testing should be removed.

The reason for this request is that Timothy Wilson has done extremely well on supervision.  He has abided by all laws and conditions, without incident.  Therefore the parties agree and stipulate that condition 9 should be removed.

Respectfully Submitted,

1

DATE: August 30, 2021

/s Shari Rusk
SHARI RUSK
Attorney for Defendant
**TIMOTHY WILSON**

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

## ORDER

It is hereby ordered that Condition 9 requiring drug testing be eliminated.

Dated:  August 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2