PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00159-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TIMOTHY CHARLES WILSON, | COURT: Hon. John A. Mendez |
| Defendant. | DATE: February 1, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 1, 2022.

2. By this stipulation, defendant now moves to continue the status conference until April 26, 2022 at 9:30 a.m., and to exclude time between February 1, 2022, and April 26, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case exceeds 100 gigabytes, including multiple investigative reports, hundreds of surveillance pictures, recorded statements of the defendants, jail calls, vehicle tracking data, approximately 15

forensic cellular phone extractions.  Additionally, much of this discovery is in Spanish and other languages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for Mr. Wilson desire additional time to gather medical history documents, continue their investigation, interview witnesses, consult with their client, review the discovery, discuss potential resolutions with their client, and otherwise prepare for trial.  Further, according to Counsel for Mr. Wilson, their client recently underwent a significant surgery and needs time to recover.

      c)     Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 1, 2022 to April 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 25, 2022        PHILLIP A. TALBERT
                                United States Attorney

                                /s/ ADRIAN T. KINSELLA
                                ADRIAN T. KINSELLA
                                Assistant United States Attorney


Dated:  January 25, 2022        /s/ SHARI RUSK
                                SHARI RUSK
                                Counsel for Defendant
                                TIMOTHY CHARLES WILSON


Dated:  January 25, 2022        /s/ TIMOTHY ZINDEL
                                TIMOTHY ZINDEL
                                Counsel for Defendant
                                TIMOTHY CHARLES WILSON

## ORDER

IT IS SO FOUND AND ORDERED this 26th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3