PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TIMOTHY CHARLES WILSON,<br><br>                              Defendant. | CASE NO.  2:19-CR-00159-DAD-1<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 21, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for judgment and sentencing hearing on November 21, 2023.  ECF No. 35.

2.      By this stipulation, the parties now jointly move to the sentencing hearing until February 27, 2024, and to modify the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 27, 2024 |
| Reply, or Statement of Non-Opposition: | February 20, 2024 |
| Formal Objections to the Presentence: | February 13, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 06, 2024 |

| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 30, 2024 |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | January 16, 2024 |

The parties need additional time because the defendant has not yet completed his interview with the Probation Office.  Probation is coordinating with defense counsel to schedule the interview as soon as their schedules permit.

IT IS SO STIPULATED.


Dated:  November 16, 2023                          PHILLIP A. TALBERT
                                                                United States Attorney


                                                                /s/ ADRIAN T. KINSELLA
                                                                ADRIAN T. KINSELLA
                                                                Assistant United States Attorney


Dated:  November 16, 2023                          /s/ SHARI G. RUSK
                                                                SHARI G. RUSK
                                                                Counsel for Defendant
                                                                TIMOTHY CHARLES WILSON

## ORDER

        Good cause appearing, the parties stipulation is adopted as the court's order and sentencing in this case is continued to February 27, 2024 at 9:30 a.m.  However, absent a compelling showing of good cause the court is reluctant to continue the sentencing hearing in this case beyond the date set by this order.

        IT IS SO ORDERED.

Dated:  **November 16, 2023**            _____
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND ORDER FOR
CONTINUANCE OF SENTENCING HEARING