```
PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHARLES WILSON,<br><br>Defendant. | CASE NO. 2:19-CR-00159-DAD-1<br><br>**AMENDED** STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: February 27, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on February 27, 2024. ECF No. 232.

2. By this stipulation,[1] the parties now jointly move to continue the sentencing hearing until June 11, 2024, and to modify the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 11, 2024 |
| Reply, or Statement of Non-Opposition: | June 4, 2024 |
| Formal Objections to the Presentence: | May 28, 2024 |

---

[1] The government mistakenly filed a stipulation and proposed order from an unrelated case at ECF No. 236. The parties respectfully request that the Court disregard that incorrect filing.

AMENDED STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING HEARING; FINDINGS AND ORDER

1

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 21, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 14, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | April 30, 2024 |

The parties need additional time because the defendant has not yet completed his interview with the Probation Office.  The assigned probation officer has been on unexpected medical leave and needs additional time to conduct the presentence interview and prepare the PSR.  The Probation is coordinating with defense counsel to schedule the interview as soon as their schedules permit.

IT IS SO STIPULATED.

Dated:  February 21, 2024           PHILLIP A. TALBERT
                                    United States Attorney

                                     /s/ ADRIAN T. KINSELLA
                                    ADRIAN T. KINSELLA
                                    Assistant United States Attorney

Dated:  February 21, 2024            /s/ SHARI G. RUSK
                                    SHARI G. RUSK
                                    Counsel for Defendant
                                    TIMOTHY CHARLES WILSON

## ORDER

Pursuant to the stipulation of the parties and good cause appearing the sentencing hearing in this case is continued from February 27, 2024 to June 11, 2024 at 9:30 a.m. and the schedule proposed by the parties is adopted.  The court, however, very much wishes to proceed with sentencing on June 11, 2024.

IT IS SO ORDERED.

Dated:  **February 21, 2024**           _Dale A. Drozd_
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION FOR CONTINUANCE    2
OF JUDGMENT AND SENTENCING HEARING;
FINDINGS AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED STIPULATION FOR CONTINUANCE
OF JUDGMENT AND SENTENCING HEARING;
FINDINGS AND ORDER

3