,Shari Rusk, Bar No. 170313
Attorney at Law
916 2nd Ave., 2nd floor
Sacramento, California 95814
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY WILSON,<br><br>　　　　Defendant. | No.  CR.S. 19-0159 DAD<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF RELEASE** |

　　Defendant, TIMOTHY WILSON, was released on September 4, 2019 on an unsecured appearance bond, signed by his wife, Ellen McDonald. (Dkt at 7). Mr. Wilson has made all his court appearances, and according to Pre-trial Services, has been in full compliance with all conditions since 2019. Ms. McDonald has recently asked to be removed from the unsecured appearance bond. In consultation with pre-trial services and the government, the parties agree her unsecured appearance bond is no longer needed. Therefore, the parties stipulate that Ms. McDonald's signed, unsecured bond be hereby removed as a condition of release. All other conditions remain in effect.

Date: April 29, 2024　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shari Rusk
　　　　　　　　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Tim Wilson

1

/s/ Adrian Kinsella
Adrian Kinsella
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED.** Pursuant to this order, Ms. McDonald's unsecured appearance bond is hereby exonerated and no longer a condition of pre-trial release. All other conditions remain in effect.

IT IS SO ORDERED.

Dated:   April 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2