PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHARLES WILSON,<br><br>Defendant. | CASE NO. 2:19-CR-00159-DAD-1<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 11, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on June 11, 2024. ECF No. 232.

2. By this stipulation, the parties now jointly move to the sentencing hearing until September 24, 2024, and to modify the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | September 24, 2024 |
| Reply, or Statement of Non-Opposition: | September 17, 2024 |
| Formal Objections to the Presentence: | September 10, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 3, 2024 |

| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 27, 2024 |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | August 13, 2024 |

The parties need additional time because the defendant has not yet completed his interview with the Probation Office. The assigned probation officer has continued to deal with medical issues and needs additional time to conduct the presentence interview and prepare the PSR. The Probation Officer is coordinating with defense counsel to schedule the interview as soon as their schedules permit. Additionally, Counsel for Defendant has a trial before this Court beginning on July 29, 2024, which she expects to last three to four weeks.

IT IS SO STIPULATED.

Dated: June 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: June 3, 2024

/s/ SHARI G. RUSK
SHARI G. RUSK
Counsel for Defendant
TIMOTHY CHARLES WILSON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for June 11, 2024 is continued to September 24, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE