PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00159-DAD-1 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIMOTHY CHARLES WILSON, | DATE: September 24, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on September 24, 2024. ECF No. 245

2. By this stipulation, the parties now jointly move to the sentencing hearing until September 24, 2024.", and to modify the Presentence Report schedule as follows:

| Judgment and Sentencing Date: | February 11, 2025 |
|---|---|
| Reply, or Statement of Non-Opposition: | February 4, 2025 |
| Formal Objections to the Presentence: | January 28, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 21, 2025 |

STIPULATION AND ORDER FOR
CONTINUANCE OF SENTENCING HEARING

1

| | |
|---|---|
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 14, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 7, 2025 |

3. The parties need additional time because the defendant has not yet completed his interview with the Probation Office. The assigned probation officer has continued to deal with medical issues and her office needs additional time to conduct the presentence interview and prepare the PSR. The Probation Officer is coordinating with defense counsel to schedule the interview as soon as their schedules permit.

IT IS SO STIPULATED.

Dated: September 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: September 17, 2024

/s/ SHARI G. RUSK
SHARI G. RUSK
Counsel for Defendant
TIMOTHY CHARLES WILSON

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is continued to February 11, 2025[1] at 9:30 a.m. and the presentence report disclosure schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:  **September 18, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The stipulation of the parties includes a typographical error in stating "the parties now jointly move to the sentencing hearing until September 24, 2024."

STIPULATION AND ORDER FOR
CONTINUANCE OF SENTENCING HEARING

3