MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00159-DAD-1 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIMOTHY CHARLES WILSON, | DATE: February 10, 2025<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on February 10, 2025. ECF No. 252.

2. By this stipulation, the parties now jointly move to the sentencing hearing until March 17, 2025, and to modify the Presentence Report schedule as follows:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | Disclosed on February 3, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 3, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 10, 2025 |

STIPULATION AND PROPOSED ORDER FOR
CONTINUANCE OF SENTENCING HEARING

1

| Formal Objections to the Presentence: | March 17, 2025 |
|---|---|
| Reply, or Statement of Non-Opposition: | March 24, 2025 |
| Judgment and Sentencing Date: | March 31, 2025 |

The parties need additional time because the draft report was released on February 3, 2024. ECF No. 254. The proposed schedule will allow Counsel for the Defendant enough time to consult with her client and prepare objections to the PSR.

IT IS SO STIPULATED.

Dated: February 3, 2025                               MICHELE BECKWITH
                                                      Acting United States Attorney

                                                      /s/ ADRIAN T. KINSELLA
                                                      ADRIAN T. KINSELLA
                                                      Assistant United States Attorney

Dated: February 3, 2025                               /s/ SHARI G. RUSK
                                                      SHARI G. RUSK
                                                      Counsel for Defendant
                                                      TIMOTHY CHARLES WILSON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for February 10, 2025 is continued to March 17, 2025, at 9:30 a.m. and the Presentence Report and related filing date schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **February 4, 2025**                          *Dale A. Drozd*
                                                      DALE A. DROZD
                                                      UNITED STATES DISTRICT JUDGE