MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHARLES WILSON,<br><br>Defendant. | CASE NO. 2:19-CR-00159-DAD-1<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 17, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing hearing on March 17, 2025. ECF No. 257.

2. By this stipulation, the parties now jointly move to the sentencing hearing until March 31, 2025, and to modify the Presentence Report schedule as follows:

| | |
|---|---|
| The draft Presentence Report shall be disclosed to counsel no later than: | Disclosed on February 3, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 6, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 11, 2025 |

STIPULATION AND ORDER FOR
CONTINUANCE OF SENTENCING HEARING

1

| Formal Objections to the Presentence: | March 17, 2025 |
| Reply, or Statement of Non-Opposition: | March 24, 2025 |
| Judgment and Sentencing Date: | March 31, 2025 |

The previous stipulation contained an error in the requested sentencing date. ECF No. 255. This stipulation corrects that error and allows a few additional days for informal objections.

IT IS SO STIPULATED.

Dated: February 28, 2025        MICHELE BECKWITH
Acting United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: February 28, 2025        /s/ SHARI G. RUSK
SHARI G. RUSK
Counsel for Defendant
TIMOTHY CHARLES WILSON

**ORDER**

IT IS SO ORDERED.

Dated: **February 28, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE