1  SHARI RUSK, Bar No. 170313
2  Attorney at Law
3  916 2nd Street, 2nd floor
   Sacramento, CA 95814
4  Telephone: (916) 804-8656
   rusklaw@att.net
5
6  Attorney for Defendant
7  SHARI RUSK

8
9
10
11               UNITED STATES DISTRICT COURT
12               EASTERN DISTRICT OF CALIFORNIA
13
14 | UNITED STATES OF AMERICA,      | No. 2:19-cr-00159-DAD
15 |         Plaintiff,
16 |     v.                          | **ORDER GRANTING MOTION TO EXTEND SURRENDER DATE IN PART**
17 | TIMOTHY WILSON,
18 |         Defendant.              | (Doc. No. 270)

23    Defendant Timothy Wilson has moved to extend the date for his surrender into U.S.
24 Bureau of Prisons custody from July 29, 2025, to September 30, 2025, due to a necessary medical
25 procedure that has been scheduled for August 14, 2025. The court understands that the
26 government opposes defendant's motion. The defendant was sentenced back on March 31, 2025
27 and this case was even at that time quite old. The court is concerned as to why the medical
28

procedure was not scheduled by defendant much earlier than the now scheduled August 14, 2025 date. Nonetheless, the court will grant defendant's motion in part.

The July 29, 2025 surrender date is vacated and defendant Timothy Wilson is now ordered to surrender for service of his sentence at the institution designated by the U.S. Bureau of Prisons, by noon on September 25, 2025. **No further continuances of the of the surrender date will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **July 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2